UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, N.A.,
                    Plaintiff,

-v-

29-33 NINTH AVENUE, LLC, *et al.*,
                    Defendants.

22-CV-3865 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On February 16, 2024, the parties filed a joint status letter with proposals for further proceedings after the Court issued an Opinion and Order on January 5, 2024. (ECF No. 198.)

In that status letter, Richard Akiva, Jacqueline Akiva, and Danucht Entertainment LLC (the "Akiva Defendants"); Southern Glazers Wine and Spirits of New York, LLC ("Southern Glazers"); Manhattan Beer Distributors LLC ("Manhattan Beer"); and The N.E.W. Corp. each represent that they are "not asserting any interest in the remaining interpleader funds and request[] that the action be dismissed as against" them. (*Id.* at 2.) As a result, it is ORDERED that those Defendants are dismissed from the action.

In the Court's Opinion and Order dated January 5, 2024, the Court granted a motion by Interpleader Plaintiff JPMorgan Chase Bank, N.A. ("Chase") "to deposit interpleader funds and be discharged from liability upon such deposit." (ECF No. 189 at 29.) Chase has since deposited the interpleader funds with the Court. (ECF No. 197.) Accordingly, it is ORDERED that JPMorgan Chase Bank, N.A. is dismissed from this action, including as to all counterclaims asserted against it, with prejudice.

The remaining parties—Defendant Katz Group and Defendant ConnectOne Bank—are directed to appear for a telephone conference with the Court on February 27, 2024 at 3:00 p.m. Counsel should call (888) 557-8511 at the schedule time. The access code is 9300838.

The Clerk of Court is directed to terminate Richard Akiva, Jacqueline Akiva, Danucht Entertainment LLC, Southern Glazers, Manhattan Beer, and The N.E.W. Corp. as parties in this action.

SO ORDERED.

Dated: February 20, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge