UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JPMORGAN CHASE BANK, N.A.,
                                    Plaintiff,

            -v-

29-33 NINTH AVENUE, LLC, *et al.*,
                                   Defendants.

22-CV-3865 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court's finance department has informed the Court that additional information is needed to process the disbursements outlined in the parties' proposed order at ECF No. 212. Specifically, while the proposed order addresses the principal amounts deposited with the Court, it must also direct the disbursement of interest that has accrued since the initial deposit. Moreover, the disbursement instructions for counsel for ConnectOne Bank, Cullen and Dykman LLP, must be amended because the Court can disburse amounts of $500,000 or more only by electronic fund transfer.

      The parties are therefore directed to file an amended proposed order on the docket within seven days of the issuance of this Order addressing the above. In doing so, the parties should select the ECF event "Proposed Order Authorizing Interpleader Disbursement (28 USC 1335)."

      Counsel for ConnectOne Bank, Cullen and Dykman LLP, is also directed to contact the Court's finance department by email at nysd_finance_admin@nysd.uscourts.gov for instructions on how to provide its banking information to receive the disbursement.

      SO ORDERED.

Dated: April 17, 2024
       New York, New York

                                                                                        J. PAUL OETKEN
                                                                                      United States District Judge