UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JPMORGAN CHASE BANK, N.A.,

                Interpleader Plaintiff,

  -against-                                       22 **CIVIL** 3865 (JPO)

                                                                  **JUDGMENT**

29-33 NINTH AVENUE, LLC; BUTTER
MANAGEMENT, LLC; 9039 SUNSET BOULEVARD,
LLC; 17TH STREET ENTERTAINMENT II, LLC; 30TH
STREET ENTERTAINMENT LLC; CASSA NY
RESTAURANT LLC; KATZ GROUP USA, CORP.;
DANUCHT ENTERTAINMENT, LLC; RICHARD
AKIVA a/k/a RICHIE AKIVA; JACQUELINE AKIVA;
SAM TELL AND SON, INC. d/b/a THE SAM TELL
COMPANIES; MANHATTAN BEER DISTRIBUTORS
LLC; SOUTHERN GLAZER'S WINE AND SPIRITS OF
NEW YORK, LLC; CONNECTONE BANK, successor-
by merger to Greater Hudson Bank, and THE N.E.W.
CORP.,

                Interpleader Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2024, it is ORDERED, that the Clerk of the United States District Court shall turn over to CNOB the funds in the amount of $954,264.67 originally held in the account of "Butter Management, LLC Account ending 9500" and now held in the Disputed Ownership Fund within the Court Registry Investment System, administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045 (the "Butter Management Chase Account Funds"), together with any interest earned on the Butter Management Chase Account Funds; and it is further ORDERED, that the Clerk of the United

States District Court shall turn over to Katz the Remaining Funds in the amount of $354,516.48 originally collectively held in the 29-33 Ninth Avenue, LLC Account ending in 5688; the 29-33 Ninth Avenue, LLC Account ending in 1890, the 9039 Sunset Boulevard LLC Account ending in 3830, the 9039 Sunset Boulevard LLC Account ending in 8917, and the Cassa NY Restaurant LLC Account ending in 7106, and now held in the Disputed Ownership Fund within the Court Registry Investment System, administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045, together with any interest earned on the Remaining Funds; and it is further ORDERED, that prior to turnover of the Butter Management Chase Account Funds and applicable interest and the Remaining Funds and applicable interest (collectively, the "Funds"), the Clerk shall deduct therefrom any a fee not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office (the "Fee"); and it is further ORDERED, that the Butter Management Chase Account Funds, net half of the Fee, shall be paid by electronic fund transfer to Cullen and Dykman LLP, Counsel for ConnectOne Bank in accordance with instructions given by Cullen and Dykman to the Court's finance department; and it is further ORDERED, that the Remaining Funds, net of half of the Fee, shall be paid by electronic fund transfer to Duane Morris LLP, Counsel for Katz Group USA, Corp. in accordance with instructions given by Duane Morris to the Court's finance department; and it is further ORDERED, that within five (5) business days of the date that the Net Butter Management Chase Account Funds clear Cullen and Dykman LLP's account, Cullen and Dykman LLP shall remit poundage fees in compliance with NY CPLR § 8012(b) to New York City Marshal, Henry Daley on account of the Levy (as defined in the CNOB Motion); and it is further ORDERED, that with no other monies in the Court Registry and no other issues to be

resolved in the present interpleader action, the matter is closed pursuant to Rule 22 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York

　　　　May 2, 2024

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**　　*K. Mango*

**Deputy Clerk**